# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  McNamara, Thomas B. | 2. Court or Organization  United States Bankruptcy Court for the District of Colorado | 3. Date of Report  03/23/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2014 to 02/28/2015 |

**7. Chambers or Office Address**

United States Bankruptcy Court for the District of Colorado
United States Custom House
721 19th Street
Denver, Colorado 80202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Davis Graham & Stubbs LLP |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2015 | Davis Graham & Stubbs LLP Departure Terms and Payment |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Davis Graham & Stubbs LLP Partner Income | $325,000.00 |
| 2. 2015 | Davis Graham & Stubbs LLP Partner Income | $38,000.00 |
| 3. 2013 | Davis Graham & Stubbs LLP Partner Income | $216,411.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Faegre Baker Daniels LLP Income |
| 2. 2015 | Faegre Baker Daniels Income |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 03/23/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 03/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First Bank of Denver (Bank Account) | A | Int./Div. | M | T | | | | | |
| 2. Chase Bank (Bank Account) | A | Int./Div. | K | T | | | | | |
| 3. Discover Bank (Bank Account (1)) | B | Int./Div. | M | T | | | | | |
| 4. Discover Bank (Bank Account (2)) | A | Int./Div. | K | T | | | | | |
| 5. Young Americans Bank (Bank Account (C)) | A | Int./Div. | J | T | | | | | |
| 6. Young Americans Bank (Bank Account (M)) | A | Int./Div. | J | T | | | | | |
| 7. Young Americans Bank (Bank Account (B)) | A | Int./Div. | J | T | | | | | |
| 8. Davis Graham & Stubbs LLP Capital Account | C | Int./Div. | M | T | | | | | |
| 9. Gold | | None | J | T | | | | | |
| 10. Silver | | None | J | T | | | | | |
| 11. U.S. Savings Bonds | | None | J | T | | | | | |
| 12. City and County of Denver General Obligation Bonds | | None | L | T | | | | | |
| 13. Merck & Co. Common Stock | A | Dividend | K | T | | | | | |
| 14. Powershares QQQ Trust Series 1 | A | Dividend | J | T | | | | | |
| 15. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 16. BP plc ADR F | A | Dividend | J | T | | | | | |
| 17. Exxon Mobil Corp. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Frontier Communications Corp. Common Stock | A | Dividend | J | T | | | | | |
| 19. Verizon Communications Corp. Common Stock | A | Dividend | J | T | | | | | |
| 20. Volvo AB ADR | A | Dividend | J | T | | | | | |
| 21. Express Scripts Holdings Co. Common Stock | A | Dividend | J | T | | | | | |
| 22. Putnam International Growth Fund Class A Mutual Fund | A | Dividend | J | T | | | | | |
| 23. Global X MSCI ETF Colombia (1) Mutual Fund | A | Dividend | J | T | | | | | |
| 24. Charles Schwab Deposit Account | A | Int./Div. | J | T | | | | | |
| 25. Schwab International Index Fund (C) | A | Dividend | J | T | | | | | |
| 26. Schwab S&P 500 Index Fund (C) | A | Dividend | J | T | | | | | |
| 27. Schwab International Index Fund (M) | A | Dividend | J | T | | | | | |
| 28. Schwab S&P 500 Index Fund (M) | A | Dividend | J | T | | | | | |
| 29. Schwab International Index Fund (B) | A | Dividend | J | T | | | | | |
| 30. Schwab S&P 500 Index Fund (B) | A | Dividend | J | T | | | | | |
| 31. Cambiar Opportunity Portfolio Fund Mutual Fund | A | Dividend | J | T | | | | | |
| 32. Castle Brands Corp. Common Stock | A | Dividend | J | T | | | | | |
| 33. Global X MSCI ETF Colombia (2) Mutual Fund | A | Dividend | J | T | | | | | |
| 34. Janus Global Research Fund D Mutual Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 03/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Janus Contrarian Fund D Mutual Fund | A | Dividend | J | T | | | | | |
| 36. Vanguard 500 Index Fund ADM Mutual Fund | C | Dividend | N | T | | | | | |
| 37. Vanguard REIT Index Fund ADM Mutual Fund | A | Dividend | K | T | | | | | |
| 38. Vanguard Money Market Fund | A | Int./Div. | J | T | | | | | |
| 39. Vanguard IRA (C) Target Retirement 2060 Fund | A | Dividend | J | T | | | | | |
| 40. Vanguard IRA Traditional (T) Total Stock Market Index ADM | A | Dividend | K | T | | | | | |
| 41. Vanguard IRA Roth (T) Total Stock Market Index | B | Dividend | M | T | | | | | |
| 42. Vanguard IRA Traditional (A) Total Stock Market Index ADM | A | Dividend | K | T | | | | | |
| 43. Vanguard IRA Roth (A) Total Stock Market Index | B | Dividend | M | T | | | | | |
| 44. Vanguard UGMA (C) Vanguard 500 Index Fund ADM | A | Dividend | K | T | | | | | |
| 45. Vanguard UGMA (M) Vanguard 500 Index Fund ADM | A | Dividend | K | T | | | | | |
| 46. Vanguard UGMA (B) Vanguard 500 Index Fund ADM | A | Dividend | K | T | | | | | |
| 47. Vanguard 529 Plan (C) Vanguard 500 Index Fund | | None | K | T | | | | | |
| 48. Vanguard 529 Plan (M) Vanguard 500 Index Fund | | None | K | T | | | | | |
| 49. Vanguard 529 Plan (B) Vanguard 500 Index Fund | | None | K | T | | | | | |
| 50. College Invest 529 Plan (C) Aggressive Age-Based Conserv. Growth | | None | J | T | | | | | |
| 51. College Invest 529 Plan (C) Moderate Age-Based Option Income | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 03/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. College Invest 529 Plan (C) Aggressive Growth Portfolio | | None | K | T | | | | | |
| 53. College Invest 529 Plan (C) Growth Portfolio | | None | K | T | | | | | |
| 54. College Invest 529 Plan (C) Bond Index Portfolio | | None | J | T | | | | | |
| 55. College Invest 529 Plan (M) Aggressive Age-Based Conserv. Growth | | None | K | T | | | | | |
| 56. College Invest 529 Plan (M) Moderate Age-Based Option Income | | None | L | T | | | | | |
| 57. College Invest 529 Plan (M) Aggressive Growth Portfolio | | None | L | T | | | | | |
| 58. College Invest 529 Plan (M) Bond Index Portfolio | | None | J | T | | | | | |
| 59. College Invest 529 Plan (B) Aggressive Age-Based Moderate Growth | | None | K | T | | | | | |
| 60. College Invest 529 Plan (B) Moderate Age-Based Conserv. Growth | | None | L | T | | | | | |
| 61. College Invest 529 Plan (B) Aggressive Growth Portfolio | | None | L | T | | | | | |
| 62. College Invest 529 Plan (B) Bond Index Portfolio | | None | J | T | | | | | |
| 63. College Invest 529 Plan (B) Money Market Portfolio | | None | J | T | | | | | |
| 64. First Bank Roth IRA (M) CD | A | Dividend | J | T | | | | | |
| 65. Met Life GVUL Plan DWS International Mutual Fund | | None | J | T | | | | | |
| 66. Met Life GVUL Fidelity Index 500 Fund | | None | J | T | | | | | |
| 67. Met Life GVUL Fidelity Contra Fund | | None | J | T | | | | | |
| 68. Select Account HSA Schwab Investor Money Fund | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 03/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Select Account HSA American Funds Income Fund RF | | None | J | T | | | | | |
| 70. Select Account HSA First Eagle Overseas Fund | | None | J | T | | | | | |
| 71. Select Account HSA Dreyfus S&P 500 Index | | None | J | T | | | | | |
| 72. DG&S MMP Russell Global Balanced Mutual Fund | | None | K | T | | | | | |
| 73. DG&S MMP Janus Global Select I Mutual Fund | A | Dividend | K | T | | | | | |
| 74. DG&S MMP Russell International Fund Class D Mutual Fund | | None | J | T | | | | | |
| 75. DG&S MMP Janus Venture N Mutual Fund | | None | J | T | | | | | |
| 76. DG&S MMP MFS New Discovery R5 Mutual Fund | B | Dividend | J | T | | | | | |
| 77. DG&S MMP Vanguard Small Cap Index ADM Mutual Fund | A | Dividend | L | T | | | | | |
| 78. DG&S MMP Janus Enerprise N Mutual Fund | B | Dividend | K | T | | | | | |
| 79. DG&S MMP Vanguard Mid-Cap Index Fund ADM Mutual Fund | B | Dividend | L | T | | | | | |
| 80. DG&S MMP Russell Equity I Mutual Fund | | None | K | T | | | | | |
| 81. DG&S MMP Fidelity Advisor Growth Opportunities I Mutual Fund | | None | L | T | | | | | |
| 82. DG&S MMP Vanguard 500 Index ADM Mutual Fund | A | Dividend | L | T | | | | | |
| 83. DG&S MMP Russell Conservative Balanced Fund D. Mutual Fund | | None | J | T | | | | | |
| 84. DG&S MMP Nuveen Core Plus Bond I Mutual Fund | A | Dividend | K | T | | | | | |
| 85. DG&S MMP Nuveen Core Bond I Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 03/23/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DG&S MMP Nuveen Intermediate Govt. Bond Fund I Mutual Fund | A | Dividend | J | T | | | | | |
| 87. DG&S MMP PIMCO Total Return Institutional Mutual Fund | B | Dividend | K | T | | | | | |
| 88. DG&S MMP Invesco Treasurer's Ser. Tr. Premium Investment Money Market | A | Dividend | J | T | | | | | |
| 89. DG&S 401K Russell Global Balanced Mutual Fund | | None | K | T | | | | | |
| 90. DG&S 401K Russell International Fund Class D Mutual Fund | | None | J | T | | | | | |
| 91. DG&S 401K Janus Venture N Mutual Fund | | None | K | T | | | | | |
| 92. DG&S 401K MFS New Discovery R5 Mutual Fund | A | Dividend | J | T | | | | | |
| 93. DG&S 401K Perkins Small Cap Value N Mutual Fund | B | Dividend | J | T | | | | | |
| 94. DG&S 401K Vanguard Small Cap Index ADM Mutual Fund | A | Dividend | L | T | | | | | |
| 95. DG&S 401K Janus Enterprise Mutual Fund | A | Dividend | J | T | | | | | |
| 96. DG&S 401K Vanguard Mid-Cap Index Fund ADM Mutual Fund | A | Dividend | K | T | | | | | |
| 97. DG&S 401K Fidelity Advisor Growth Opportunities I Mutual Fund | | None | M | T | | | | | |
| 98. DG&S 401K Vanguard 500 Index ADM Mutual Fund | A | Dividend | L | T | | | | | |
| 99. DG&S 401K Nuveen Core Plus Bond I Mutual Fund | B | Dividend | J | T | | | | | |
| 100. DG&S 401K Core Bond I Mutual Fund | B | Dividend | K | T | | | | | |
| 101. DG&S 401K PIMCO Total Return Institutional Mutual Fund | C | Dividend | K | T | | | | | |
| 102. DG&S 401K Invesco Treasurer's Ser. Tr. Premium Money Market | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 03/23/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. FB Cash Balance Pension Plan Account | A | Int./Div. | J | T | | | | | |
| 104. FB 401K Vanguard Target Retirement 2015 Inc. Mutual Fund | B | Dividend | L | T | | | | | |
| 105. FB 401K Vanguard Target Retirement 2025 Inc. Mutual Fund | B | Dividend | L | T | | | | | |
| 106. FB 401K Vanguard Target Retirement 2035 Inc. Mutual Fund | A | Dividend | J | T | | | | | |
| 107. FB 401K Allianz GI NFJ Small-Cap Value Institutional Mutual Fund | B | Dividend | L | T | | | | | |
| 108. FB 401K Baron Small Cap Institutional Mutual Fund | C | Dividend | L | T | | | | | |
| 109. FB 401K American Funds Europacific Growth R6 Mutual Fund | B | Dividend | M | T | | | | | |
| 110. FB 401K Cohen & Steers Institutional Realty Shares Mutual Fund | A | Dividend | K | T | | | | | |
| 111. FB 401K DFA Global Real Estate Securities I Mutual Fund | | None | K | T | | | | | |
| 112. FB 401K Metropolitan West Total Return Bond Plan Mutual Fund | A | Dividend | L | T | | | | | |
| 113. FB 401K Vanguard Inflation-Protected Secs ADM Nutual Fund | A | Dividend | J | T | | | | | |
| 114. FB 401K Vanguard Prime Money Market Institutional Mutual Fund | A | Dividend | K | T | | | | | |
| 115. FB 401K Wells Fargo Stable Value Fund C30 Mutual Fund | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McNamara, Thomas B. | 03/23/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas B. McNamara**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544